# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ANTOINE GEE,**
        **Plaintiff,**

     **v.**                                      Case No. 12-C-0877

**MILWAUKEE BOARD OF**
**SCHOOL DIRECTORS,**
        **Defendant.**

---

## ORDER

On August 14, 2013, the defendant filed a motion to dismiss the complaint for insufficient service of process. After this motion was filed, the U.S. Marshals Service personally served the defendant, and the defendant has since filed an answer. Thus, the motion to dismiss is moot and will be denied for that reason.

Accordingly, **IT IS ORDERED** that defendant's motion to dismiss is **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2013.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge